UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-24849 - GAYLES

KIMBERLY HARRIGAN,

    Plaintiff,

v.

BROOKFIELD CORPORATION;
BROOKFIELD PROPERTY PARTNERS, L.P.; and
BROOKFIELD HOSPITALITY PROPOERTIES, LLC.

    Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS, BROOKFIELD CORPORATION AND BROOKFIELD PROPERTY PARTNERS, L.P. ONLY[1]**

Plaintiff, KIMBERLY HARRIGAN, hereby voluntarily dismisses her claims without prejudice against Defendants, BROOKFIELD CORPORATION and BROOKFIELD PROPERTY PARTNERS, L.P. **only**.

Dated this 5th day of January, 2024.

[SIGNATURE ON FOLLOWING PAGE]

---

[1] Amended Complaint has been filed to correct the name of Defendant Brookfield Hospitality Propoerties, LLC and add Defendant, Island Hotel Company, LTD.

1

        Respectfully submitted,

        GARAY LAW
        *Counsel for Plaintiff*
        300 Sevilla Avenue, Suite 206
        Coral Gables, FL 33134
        Tel: (305) 445-4430; Fax: (305) 445-4431

        By:/s/ Robert L. Parks
        ROBERT L. PARKS
        *Of Counsel*
        Florida Bar No. 61436
        bob@garaylawfirm.com
        ana@garaylawfirm.com
        GABRIEL GARAY
        Florida Bar No. 103303
        gabe@garaylawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 5, 2024, a copy of the foregoing document was filed with the Clerk, using cm/ecf.

        /s/ Robert L. Parks
        Robert L. Parks
        Florida Bar No. 61436